United States District Court
Southern District of Texas
**ENTERED**
May 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KEVIN L BURKS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-295 |
| | § | |
| DNOW L.P.; dba DISTRIBUTION NOW, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Agreed Motion to Dismiss with Prejudice (D.E. 18), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 16th day of May, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE